

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF MISSOURI**
Southern and Southwestern Divisions
United States Courthouse
222 North John Q. Hammons Parkway
Suite 1400
Springfield, Missouri 65806
(417) 865-3869

Transfer of ☐ Criminal Case   or  ☑ Magistrate Case
WDMO Case No.: 24-mj-2063DPR        Case Title: USA v. Lisa Jeanine Findley

Dear Sir/Madam:

**Pursuant to** ☑ **F.R.Cr.P. 5**   ☐ **F.R.Cr.P. 32**
☑ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to F.R.Cr.P. 20**
☐ Attached are all public documents and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

**Pursuant to 18 U.S.C. § 3605 Transfer of Jurisdiction**  ☐ Supervised Release    ☐ Probation
☐ Attached are the last charging document, the judgment and commitment, revocation orders (if any), and the docket sheet.
☐ Certified copy of documents filed prior to November 1, 2004 and docket sheet.
☐ Not for public view document(s).
☐ Other

                              Sincerely,

                              Paige Wymore-Wynn, Clerk of Court

                              By  s/ Karla Berziel
                                  Deputy Clerk

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to  Karla_Berziel@mow.uscourts.gov

                              Clerk, U.S. District Court

Date: _____        By _____
                                        Deputy Clerk